TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    Email: louisa.kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YI-CHI SHIH,<br><br>        Defendant. | **No. CV 21-7105**<br><br>[CR 18-0050-JAK]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES KINECTA FEDERAL CREDIT UNION; TD AMERITRADE, INC.; AND FIDELITY INVESTMENTS [28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Yi-Chi Shih*, CR 18-0050-JAK. In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On July 22, 2021, the District Court of the United States in the Central District of California entered an order imposing the following criminal judgment debt:

- Restitution: $362,698.00, plus interest
- Fine: $300,000.00, plus interest
- Special assessment: $1,700.00

The defendant-judgment debtor is Yi-Chi Shih ("Defendant"), Social Security Number XXX-XX-8552, and he currently resides in Los Angeles, California.

As of September 1, 2021, Defendant's criminal debt balance is $664,431.05. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Each Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property. Specifically, it is believed that funds, assets, or property belonging to Yi-Chi Shih are currently in the garnishees' custody, control, or possession. By and through this Writ of Garnishment, the United States seeks to take the funds or property from Yi-Chi Shih currently held by the garnishees to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

///
///
///

The names and addresses of Garnishees or the Garnishees' authorized agent are:

**Kinecta Federal Credit Union**
**Attn: Legal Department**
**1440 Rosecrans Avenue**
**Manhattan Beach, California 90266**

**TD Ameritrade, Inc.**
**c/o Legal Process Department**
**200 South 108th Avenue**
**Omaha, Nevada 68154**

**Fidelity Investments (Investment/Individual Plans)**
**Attn: Risk Ops, Mail Zone KC1F**
**100 Crosby Parkway**
**Covington, Kentucky 41015-3031**

**Fidelity Investments (Pension and Wages)**
**Attn: Risk Ops, Mail Zone KC1D**
**100 Crosby Parkway**
**Covington, Kentucky 41015-3031**

Dated: September 2, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

  /s/ *Louisa O. Kirakosian*
LOUISA O. KIRAKOSIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America